IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE MILLER,
ADC #121073                                                                                    PLAINTIFF

v.                                          3:07CV00170HDY

M. BISHOP                                                                                     DEFENDANT

<u>ORDER</u>

This matter is before the court on plaintiff's motions for a jury trial and for discovery (DE ##7, 8). The Court construes plaintiff's motion for jury trial as a request for trial by jury, and notes that plaintiff included a jury demand with the filing of his complaint (DE #2). Such demand has been noted on the docket sheet and a jury trial will be scheduled if it is appropriate following the consideration of dispositive motions and a pre-jury hearing.

With respect to plaintiff's motion for discovery, the document is actually a request for discovery from the defendants, and should be docketed as such and removed from the pending motions list. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for a jury trial (DE #7), which this Court construes as a request for a trial by jury, is hereby GRANTED.

IT IS FURTHER ORDERED that plaintiff's motion for discovery (DE #8) is a request for discovery, and should be re-docketed as such.

IT IS SO ORDERED this ___17___ day of January, 2008.

_____
United States Magistrate Judge

1