IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE MILLER,
ADC #121073                                                                                    PLAINTIFF

v.                                              3:07CV00170HLJ

M. BISHOP                                                                                       DEFENDANT

## ORDER

Plaintiff originally filed this action on November 7, 2007. Summons was returned, unexecuted, as to the sole defendant, M. Bishop, on January 4, 2008. By Order dated February 4, 2008, this Court appointed counsel for the plaintiff for the limited purpose of obtaining service on defendant (DE #13). Appointed Counsel, Clyde Hance, has filed a response stating he has not been able to locate an individual identified as "M. Bishop", and has been told that no such individual was employed at the Crittenden County Sheriff's Office. In addition, attorney Hance states a "G. Bishop" once worked for that office, but left its employ one-to-two years ago. Attorney Hance also requests to be relieved of his appointment.

Plaintiff then filed a pro se response (DE #23), asking that the Court order attorney Hance to locate and serve his complaint on Gerald Bishop, and to correct the heading of this case to reflect the proper name of the defendant. Accordingly,

IT IS, THEREFORE, ORDERED that attorney Clyde Hance shall locate the last-known address of defendant Gerald Bishop and report such to the Court, within fifteen days of the date of this Order, and that his request to be relieved of his appointment is DENIED at this time.

IT IS FURTHER ORDERED that plaintiff's request to change the style of this case is GRANTED. The Clerk is directed to change the name of the defendant to Gerald Bishop.

IT IS SO ORDERED this 18th day of July, 2008.

_____
United States Magistrate Judge