# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RONNIE MILLER,**
**PLAINTIFF**
**ADC #121073**

**VS.**                          **CASE NO. 3:07CV00170 JMM**

**GERALD BISHOP**
**DEFENDANT**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this  17  day of   November  , 2008.

_____
UNITED STATES DISTRICT JUDGE