**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**RONNIE MILLER,**                                                                                          **PLAINTIFF**
**ADC #121073**

**VS.**                             **CASE NO. 3:07CV00170 JMM**

**GERALD BISHOP**                                                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint against defendant is dismissed without prejudice.

SO ADJUDGED this __17__ day of __November__, 2008.

_____
UNITED STATES DISTRICT JUDGE