IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE MILLER,
ADC #121073                                                                                          PLAINTIFF

VS.                         CASE NO.3:07CV170JMM/HLJ

GERALD BISHOP                                                                                    DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for review/correction of identity/appointment of attorney (DE #42) is hereby DENIED without prejudice.

IT IS SO ORDERED this 9th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE