IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE MILLER,
ADC #121073                                                                                          PLAINTIFF

v.                                            3:07CV00170HLJ

GERALD BISHOP, et al.                                                                         DEFENDANTS

## ORDER

This matter is before the Court on the defendant's motion to dismiss (DE #53).  As of this date, plaintiff has not filed a response to the motion.  Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendant's motion to dismiss within ten (10) days of the date of this Order.  Failure to respond to this Court's Order shall result in the dismissal without prejudice of the plaintiff's complaint.  See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 20th day of May, 2009.

_____
United States Magistrate Judge