IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE MILLER,
ADC #121073                                                                                              PLAINTIFF

Case Number: 3:07CV00170JMM/HLJ

GERALD BISHOP                                                                                         DEFENDANT

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After a review of those proposed findings and recommendations, and the timely objections received thereto[1], as well as a _de_ _novo_ review of the record, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that defendant's motion to dismiss (DE #53) is hereby DENIED.

IT IS SO ORDERED this   19   day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a Notice of Statement of Necessity in which he restated his arguments regarding the Motion to Dismiss and attached his discovery motions.  To the extent that plaintiff is making a request for a hearing on the pending Motion to Dismiss, the Court finds that such a hearing is not necessary as the Court is ruling in plaintiff's favor by denying defendant's Motion to Dismiss.