**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RONNIE MILLER                                                                                        PLAINTIFF

v.                                             3:07-cv-00170-JTK

GERALD BISHOP                                                                                     DEFENDANT

### ORDER

Plaintiff's Motion for Extension of time to complete discovery and evidentiary depositions (Doc. No. 96) is GRANTED.  All discovery must be completed by July 1, 2011, and deposition designations shall be submitted three working days following receipt of the transcripts.  Counter designations shall be made within five days thereafter.  All other deadlines shall remain in effect.

The July 13, 2011 Jury Trial shall proceed as set forth in the Court's February 22, 2011 Scheduling Order (Doc. No. 95).

IT IS SO ORDERED this 7th day of June, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE