# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RONNIE MILLER,                                                            PLAINTIFF
ADC #121073

v.                                3:07-cv-00170-JTK

GERALD BISHOP                                                DEFENDANT

## ORDER

The Parties' Joint Motion to Dismiss this action, pursuant to a settlement agreement (Doc. No. 111) is GRANTED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 9th day of November, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE