...

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RONNIE MILLER,                                                                                    PLAINTIFF
ADC #121073

v.                                            3:07-cv-00170-JTK

GERALD BISHOP                                                                                     DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice.

IT IS SO ADJUDGED this 9th day of November, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE