**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

RONNIE MILLER,
ADC #121073                                                                                      PLAINTIFF

3:07-cv-00170-JTK

GERALD BISHOP                                                                                DEFENDANT

## ORDER

The Motion for Reimbursement of out-of-pocket expenses filed by Plaintiffs' appointed counsel (Doc. No. 114) is hereby GRANTED.

Having considered the Motion pursuant to the guidelines and policies of the Reimbursement of Out-of-Pocket Expenses Fund, the Court hereby orders that the Clerk of the Court distribute to the named applicant, Wright, Lindsey & Jennings LLP, the amount of One Thousand Four Hundred Eighty-Nine Dollars and Forty-Six Cents ($1,489.46) from the Fund. A copy of this Order, together with the application, shall be placed in the Fund file maintained by the Clerk of the Court.

DATED this 10th day of January, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE